80,040-02

Abel Acosta, Court Clerk
Court of Criminal Appeals
PO Box 12308 Room 106
Capital Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

September 24, 2015

Paul Clarence Bailey
Ex-Parte

RE:    366th District Court, Collin County, Case #W-366-81879-09-HC, incomplete trial court record

Dear Court Clerk

I am notifying you that I have not received **any** notice concerning this court having received the trial court's submitted Application of Writ of Habeas Corpus, with the State's Response attached pursuant to the provisions of Articles 11.07 of the Texas Code of Criminal Procedure Ex-Parte 418 SW 2d 824 826, Texas Criminal Appeals 1967.

The record the trial court transmitted to the Appellate Court is incomplete and defective and was forwarded prematurely.  As you know, such constitutes an act requiring the application to be remanded back to the trial court (366th District Court in Collin County) to allow the trial judge to complete the record by holding an evidentiary hearing resolving the issues involved in Defendant's objections ( Objection to Submission of Affidavit Pursuant to Supreme Court Ruling in Holmes v South Carolina, 126 S. Ct. 1727 (2006) ;    Motion to Set Aside and Vacate Void and Default Judgement(s)).

Please instruct the Trial court appropriately in this matter so as not to hold the Defendant's Application in Obeyance any longer.     Since an Obeyance has obviously already transpired, now exceeding the 90 day period,  please    request these issues be resolved forthwith  in order to deflect any further deliberate indifference towards this Defendant and forbade any further illegal incarceration.

Please be aware that the Defendant is especially cognizant of  the 366th District Court's propensity to spin their judicial merry-go-round and that this document effectuates no need for a Mandamus to follow ... excluding perhaps one filed in the court of public opinion.

In addition, I would like to call your attention to the fact that the PDF files for the last two motions I filed with this court will not open.  I have concerns that this may constitute further obstruction of justice since these documents are part of the public record.

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully Submitted

**PAUL CLARENCE BAILEY, Pro Se**
TDCJ #1833504
James Lynaugh Unit
1098 South Highway 2037
Fort Stockton, TX 79735

By: _____
        Paul Clarence Bailey, Pro Se

Date ___9/24/15_____

## CERTIFICATE OF SERVICE

I certify that a correct copy of this document has been forwarded to _____Counsel_____, in accordance with Federal Rules of Civil Procedure on this _24_ day of _Sept_, 2015 as follows.

**_Via U.S.P.S Certified Delivery_**

**Court of Criminal Appeals**
**P.O. Box 12308**
**Austin, Texas 78711**

**Collin County District Attorney Greg Willis**

**2100 Bloomdale Rd Suite 100**
**McKinney, TX 75071**